# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-six.

Before:  Pierre N. Leval,
     Joseph F. Bianco,
      *Circuit Judges*,
     John G. Koeltl,
      *District Judge.*\*

_____

Eva Waldman, Revital Bauer, individually and as natural guardian of plaintiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, minor, by his next friend and guardian Varda Guetta, Varda Guetta, individually and as natural guardian of plaintiff Oz Joseph Guetta, Norman Gritz, individually and as personal representative of the Estate of David Gritz, Mark I. Sokolow, individually and as a natural guardian of Plaintiff Jamie A. Sokolow, Rena M. Sokolow, individually and as a natural guardian of plaintiff Jaime A. Sokolow, Jamie A. Sokolow, minor, by her next friends and guardian Mark I. Sokolow and Rena M. Sokolow, Lauren M. Sokolow, Elana R. Sokolow, Shayna Eileen Gould, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Alan J. Bauer, individually and as natural guardian of plaintiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer, Yehonathon Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Binyamin Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Daniel Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Yehuda Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Rabbi Leonard Mandelkorn, Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein, Rebekah Blutstein,

**JUDGMENT**

Docket Nos. 15-3135 (L), 15-3151 (XAP), 22-1060 (Con)

Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein, Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter, Shaun Coffel, Dianne Coulter Miller, Robert L Coulter, Jr., Robert L. Coulter, Sr., individually and as personal representative of the Estate of Janis Ruth Coulter, Chana Bracha Goldberg, minor, by her next friend and guardian Karen Goldberg, Eliezer Simcha Goldberg, minor, by her next friend and guardian Karen Goldberg, Esther Zahava Goldberg, minor, by her next friend and guardian Karen Goldberg, Karen Goldberg, individually, as personal representative of the Estate of Stuart Scott Goldberg/natural guardian of plaintiffs Chana Bracha Goldberg, Esther Zahava Goldberg, Yitzhak Shalom Goldberg, Shoshana Malka Goldberg, Eliezer Simcha Goldberg, Yaakov Moshe Goldberg,Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, minor, by her next friend and guardian Karen Goldberg, Tzvi Yehoshua Goldberg, minor, by her next friend and guardian Karen Goldberg, Yaakov Moshe Goldberg, minor, by her next friend and guardian Karen Goldberg, Yitzhak Shalom Goldberg, minor, by her next friend and guardian Karen Goldberg, Nevenka Gritz, sole heir of Norman Gritz, deceased,

        Plaintiffs - Appellants,

United States of America
        Intervenor - Appellant,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and/or Palestinian Council and/or Palestinian National Authority,

        Defendants - Appellees,

Yasser Arafat, Marwin Bin Khatib Barghouti, Ahmed Taleb Mustapha Barghouti, AKA Al-Faransi, Nasser Mahmoud Ahmed Aweis, Majid Al-Masri, AKA Abu Mojahed, Mahmoud Al-Titi,

Mohammed Abdel Rahman Salam Masalah, AKA
Abu Satkhah, Faras Sadak Mohammed Ghanem,
AKA Hitawi, Mohammed Sami Ibrahim Abdullah,
Esatate of Said Ramadan, deceased, Abdel Karim
Ratab Yunis Aweis, Nasser Jamal Mousa Shawish,
Toufik Tirawi, Hussein Al-Shaykh, Sana'a
Muhammed Shehadeh, Kaira Said Ali Sadi, Estate
of Mohammed Hashaika, deceased, Munzar
Mahmoud Khalil Noor, Estate of Wafa Idris,
deceased, Estate of Mazan Faritach, deceased, Estate
of Muhanad Abu Halawa, deceased, John Does, 1-
99, Hassan Abdel Rahman,

       Defendants.

_____

       The appeals in the above captioned cases from orders and judgment of the United States District Court for the Southern District of New York were submitted on the district court's record and the parties' briefs.

       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiffs' motion to recall the November 28, 206 mandate is GRANTED. The district court's October 1, 2015 judgment is AFFIRMED.

                           For the Court:
                           Catherine O'Hagan Wolfe,
                           Clerk of Court



_____

\* The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.